IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00548-CMA-KLM

BOBBY ESPINOZA,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Allowance of Three Additional Interrogatories** [Docket No. 18; Filed December 10, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Each party shall be permitted to propound a total of twenty-eight (28) interrogatories.

    Dated: December 14, 2010