IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00548-CMA-KLM

BOBBY ESPINOZA,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,

    Defendant.

_____

# ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion for Protective Order Regarding Rule 30(b)(6) Notice of Deposition** [Docket No. 21; Filed January 27, 2011] (the "Motion for Protective Order") and Plaintiff's **Motion to Amend/Correct/Modify Scheduling Order Regarding Limited Extension of the Discovery Deadline for Plaintiff's F.R.C.P. 30(b)(6) Deposition of Defendant** [Docket No. 23; Filed January 31, 2011] (the "First Motion for Extension") and **Motion to Amend/Correct/Modify Scheduling Order Regarding Limited Extension of the Discovery Deadline for Plaintiff's F.R.C.P. 30(b)(6) Deposition of Defendant** [Docket No. 26; Filed February 1, 2011] (the "Second Motion for Extension").

With regard to the Motion for Protective Order [#21], the Court finds that, pursuant to the Scheduling Order [Docket No. 10] governing this case, it is premature. *See Scheduling Order* [#10] at 8, ¶8(h)(5) (incorporating by reference "Section E.1" of the Order

Setting Scheduling/Planning Conference [Docket No. 3]).  The Order Setting Scheduling/Planning Conference [#3] provides as follows:

> No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A.  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Order Setting Scheduling/Planning Conference* [#3] at 2 § E.1 (emphasis added). Defendant has not arranged a conference call to attempt to resolve the instant dispute regarding Plaintiff's Fed. R. Civ. P. 30(b)(6) Notice of Deposition.  Accordingly, Defendant has not complied with the Scheduling Order [#10], and the Motion for Protective Order [#21] is subject to denial on that basis alone.  Nevertheless, because the discovery deadline expired on January 31, 2011, and the Court wants to ensure efficient progress in this case,

IT IS HEREBY **ORDERED** that the Motion for Protective Order [#21] is **held in abeyance** pending a hearing on **February 15, 2011 at 9:30 a.m.**

IT IS FURTHER **ORDERED** that the parties may appear at the February 15 hearing either in person or telephonically.  To appear telephonically, a party shall dial the Court at **303-335-2770**.  If both parties choose to appear telephonically, they shall initiate a conference call, and then, once all parties are on the line, dial the Court.

Because Plaintiff's First Motion for Extension [#23] seeks an extension of the discovery deadline for the sole purpose of completing the Fed. R. Civ. P. 30(b)(6) deposition that is the subject of Defendant's Motion for Protective Order [#21],

IT IS FURTHER **ORDERED** that the First Motion for Extension [#23] is **DENIED**

**without prejudice**.  The Court will address the propriety of extending the discovery deadline for the limited purpose of completing the Rule 30(b)(6) deposition at the February 15 hearing.

Because Plaintiff's Second Motion for Extension [#26] seeks the same relief as the First Motion for Extension [#23] and appears to have been inadvertently filed,

IT IS FURTHER **ORDERED** that the Second Motion for Extension [#26] is **DENIED as moot**.

IT IS FURTHER **ORDERED** that neither party shall file a contested discovery motion until after (1) unsuccessfully conferring with the other party pursuant to D.C.COLO.LCivR 7.1A, and (2) receiving leave from the Court to file the motion.  To conduct a hearing regarding a discovery dispute, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

DATED: February 7, 2011 at Denver, Colorado.

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge