# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 10-cv-00548-CMA-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: February 15, 2011** | Courtroom Deputy, Monique Wiles |

---

| | |
|---|---|
| BOBBY ESPINOZA | Dayna L. Dowdy |
| **Plaintiff(s),** | |
| v. | |
| DEPARTMENT OF CORRECTIONS | Michael D. Scott (by phone) |
| **Defendant(s).** | |

---

## COURTROOM   MINUTES  /  MINUTE  ORDER
---

**HEARING:   MOTIONS  HEARING**
**Court in Session:   9:30 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the court regarding Defendant's Motion for Protective Order [Doc. No. 21, filed 1/27/10].

Counsel provides argument.  For the reasons stated on the record:

**It is ORDERED:**   Defendant's Motion for Protective Order Regarding Rule 30(b)(6) Notice of Deposition [Doc. No. 21, filed 1/27/10] is **DENIED**.

**It is ORDERED:**   The Discovery deadline is extended to **March 11, 2011** for the sole purpose of completing the Rule 30(b)(6) deposition.

The Dispositive Motions deadline is extended to **April 1, 2011.**

HEARING CONCLUDED.

**Court in recess: 9:40 a.m.**
Total In-court Time: 00:10 minutes

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.