IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00548-CMA-KLM

BOBBY ESPINOZA,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO STAY

The Court having reviewed Plaintiff's Unopposed Motion to Stay (Doc. # 57), and being fully advised, hereby GRANTS the Motion. It is hereby

ORDERED that this matter is STAYED until the appeal in this case has been briefed and a ruling has been made by the Tenth Circuit Court of Appeals.

DATED: January  25 , 2012

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge